# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:25-mj-00305-KFW
RECORDS ASSOCIATED WITH OPENAI/CHATGPT )
ACCOUNT SEARCHES THAT IS STORED AT )
PREMISES CONTROLLED BY OPENAI OPCO, LLC )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(d) | Advertisement of Child Pornography |
| 18 U.S.C. 2252A | Distribution/Possession of Child Pornography |

The application is based on these facts:
See Attached Affidavit of Homeland Security Investigations Special Agent Gregory Squire

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Gregory D. Squire*
Applicant's signature

Gregory D. Squire, HSI Special Agent
Printed name and title

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 12 2025

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title