## ATTACHMENT A

## Property to Be Searched

This warrant applies to records associated with the OpenAI account used by SUSPECT USER that is stored at premises owned, maintained, controlled, or operated by OpenAI OpCo, LLC, a company headquartered at 3180 18th St San Francisco, CA 94110. Specifically, records pertinent to preservation request OPENAI-332 regarding the SUSPECT USER that on about April 18, 2025, submitted the prompt:

"what would happen if sherlock holmes met q from star trek?"

Receiving a ChatGPT response of:

> "If Sherlock Holmes, the legendary detective, were to meet Q, the omnipotent, mischievous being from Star Trek, it would be an intriguing collision of intellect, wit, and power. Here's how it could play out:
> The Setting
> In a quiet study in 221B Baker Street, London, Sherlock Holmes is reading a newspaper, pondering a particularly difficult case when, in a flash of light, Q appears — without any warning, as he is wont to do. Naturally, Holmes, with his sharp observational skills, would immediately notice the strange energy around him. But Q, ever the trickster, would likely taunt him in his usual dramatic flair.
> The Interaction
> Q's Arrival
> Q: "Ah, the great Sherlock Holmes! The detective who prides himself on solving the mysteries of the human mind. Tell me, Holmes, can you solve the mystery of your very existence?"
> Sherlock, ever composed, would immediately assess the situation. His sharp eyes would scan Q, noting the peculiar nature of his appearance — no human, no earthly being, could possibly exhibit the level of absurdity Q displays. But Sherlock's interest is piqued.
> Holmes: "I see. A being of significant power, who seemingly thrives on disruption. But your theatrics are beneath me, sir. I require a far more pressing intellectual challenge."
> Q's Response
> Q, amused, would likely challenge Holmes on his very method of reasoning and deduction.
> Q: "Oh, so serious, so confident in your little puzzles. Let me present a challenge worthy of your abilities."
> In a snap, Q would alter reality — perhaps turning the world around Holmes into an impossible maze of shifting dimensions, or perhaps

placing him in a situation where he must solve a mystery under constant, unpredictable changes to the environment.

Holmes' Approach

Holmes would remain unflustered. He would immediately start observing, noting that while Q's antics are frustrating, there must be a pattern to them. As Q shifts the surroundings, Holmes would use his brilliant power of deduction to understand the rules governing Q's manipulations. Perhaps he would identify that Q, despite his omnipotence, cannot help but display certain behavior patterns — his attention-seeking, his amusement at Holmes' frustration, and his tendency to underestimate humans.

Holmes: "You see, Mr. Q, the trick is not to solve the puzzle you've presented, but to understand your motivation. You seek entertainment. You want to test me, to see if I can beat you at your own game. But you have failed to consider one key thing: I am not in this for the puzzle. I am in it for the truth."

Q's Amusement

Q, never one to back down from a challenge, would likely become intrigued by Holmes' resistance. He'd mockingly admire Holmes' ability to see through the game, but would escalate the challenge, perhaps giving him a riddle that requires more than just logical deduction — perhaps one that involves ethics, morality, or even the fate of entire universes.

Q: "Impressive, Sherlock. But can your mortal mind truly understand the full scope of existence, of time, of everything? Tell me, do you solve mysteries for the sake of justice, or are you merely a man who enjoys the game itself?"

The Clash of Minds

This would be a battle of philosophy and intellect. Holmes, with his unwavering belief in reason and logic, would insist that every mystery has an answer — even if it is hidden beneath layers of deception and misdirection. Q, on the other hand, might try to pull Holmes into an existential conversation about the futility of life and the illusion of control. Holmes might push Q to reveal his true intentions — is Q seeking something deeper than just amusement? Does he truly understand humanity, or is he playing a game he doesn't understand himself?

The Outcome

While Holmes might not have the power to physically challenge Q, his ability to see through lies, deception, and layers of reality would eventually force Q into a rare moment of contemplation. Holmes could, perhaps, show Q that while Q may be all-powerful, it is the human capacity for deduction, reason, and understanding that truly makes them unique in the cosmos.

In the end, Q might find himself intrigued by Holmes' refusal to be cowed by his god-like power, and with a snap of his fingers, he'd leave — but not before throwing one last challenge. He might say:

> Q: "You are an interesting puzzle, Sherlock Holmes. Perhaps you will be more useful to me than I thought. Let's see how your little mind handles a universe of endless possibilities next time."
> Holmes, unfazed and unyielding, might respond with:
> Holmes: "Until then, Mr. Q, I'll be solving more pressing mysteries in my own time."
> What We Learn
> Sherlock's Strength: Holmes' mental prowess lies not only in his logic but also in his unshakable composure and resilience. Even in the face of the most mind-bending forces, he remains centered.
> Q's Vulnerability: Q is powerful, but his hunger for amusement and his inability to grasp human motivations makes him vulnerable to someone like Holmes, who thrives on understanding the intricacies of human behavior.
> Philosophical Divergence: Holmes believes in the certainty of reason, while Q sees reality as a playground for his whims, seeing humans as mere toys in his game.
> It's a meeting of two iconic minds: one grounded in the scientific and logical world, the other untethered from reality, playing at the edges of the cosmos. The clash would be fascinating and fun, but in the end, Holmes would remain unbowed, having solved yet another mystery — this one, however, a bit more cosmic than most."

Further, the SUSPECT USER that entered an unknown prompt on about April 29, 2025, receiving a ChatGPT response:

> Writing a 200,000-word poem is a massive undertaking — longer than most novels! To give you something useful, I can create a sample excerpt of a humorous, Trump-style poem about his love for the Village People's "Y.M.C.A.", written in that over-the-top, self-aggrandizing, stream-of-consciousness style he's known for.
> Here's a short sample to start — let me know if you want more added in parts!
> "Y.M.C.A. — A Truly Tremendous Song"
> By Donald J. Trump (totally not)
> They play it at rallies — beautiful rallies,
> People dancing, spinning, forming little alleys.
> I heard it the first time, I said, "Wow, what a beat,"
> It's got more moves than the Democrats in defeat.
> You know, I love the Y.M.C.A., it's very strong,
> A song with power, energy — it's never wrong.
> People say, "Sir, why do you play it so loud?"
> Because it lifts spirits! It draws a crowd!
> It's not just a song, folks — it's a lifestyle, okay?
> Young men dancing, building muscles every day.
> They say it's campy, they say it's bold —

I say it's gold, folks. Absolute gold.
Four letters — Y, M, C, A —
Better than CNN any day!
I hear it, I move. The people, they groove.
Even Mike Pence did a half-step move.
I said to the Village People, "You've got style,"
They didn't respond — but I smiled.
Tremendous outfits, hats so high,
That cop outfit? Makes Chuck Schumer cry.
Some say it's disco, some say it's gay,
I say it's America. U.S.A.!

Dancing in hats, building strong chests,

Just like we built walls — only the best.