## ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by OpenAI**

To the extent that the information described in Attachment A is within the possession, custody, or control of OpenAI OpCo, LLC, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to OpenAI, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) with the OpenAI Reference Number OPENAI-332, OpenAI is required to disclose to the government for each account or identifier listed in Attachment A the following information from April 1, 2025, to April 30, 2025, unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the SUSPECT USER, including:

1. Names (including subscriber names, user names, and screen names);

2. Account credentials;

3. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

4. Telephone numbers, including SMS recovery and alternate sign-in numbers;

5. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

6. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, and alternate sign-in numbers;

      7. Length of service (including start date and creation IP) and types of service utilized;

      8. Means and source of payment (including any credit card or bank account number); and

      9. Change history.

b. All device information associated with the SUSPECT USER, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. User content including personal information that is included in the input, file uploads, or feedback that the user provides to OpenAI Services and dialog input associated with SUSPECT USER's ChatGPT prompts ("Content").

d. The identification of any additional accounts or devices connected to SUSPECT USER by cookie or any other identifier known to OpenAI

e. Records of user activity for each connection made to or from SUSPECT USER, including, for all OpenAI services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed OpenAI service, and all activity logs;

f. The contents of all communications associated with the SUSPECT USER, including stored or preserved copies of chats and emails sent to and from the account, attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

g. All forwarding or fetching accounts relating to the accounts, and all accounts linked by cookie to SUSPECT USER;

h. All payment and transaction data associated with the SUSPECT USER including: records of purchases, money transfers, and all other transactions; address books; stored credit; gift and loyalty cards; associated payment cards, including any credit card or bank account number, PIN, associated bank, and other numbers; and all associated access and transaction logs, including IP address, time stamp, location data, and change history.

OpenAI is hereby ordered to disclose the above information to the government within 14 DAYS of issuance of this warrant.

**II.    Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 2251 (advertisement of sexual abuse materials), 2252A(a)(3) (distribution of child pornography), and 2252A(a)(5) (possession of child pornography, those violations involving the SUSPECT USER and occurring after April 1, 2025, including, for the SUSPECT USER or identifier listed on Attachment A, information pertaining to the following matters:

- a. Evidence related to the possession, distribution, and advertisement of child pornography;

- b. Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

- c. Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

- d. The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s); and

- e. The identity of person(s) who communicated with the Account about matters relating to child pornography and related activity in connection with computers, including records that help reveal their whereabouts.